IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Dumele, Carl

Printed: 01/29/09

Case Number: 08 B 21830
Judge: Wedoff, Eugene R
Filed: 8/19/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Dismissed: December 18, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Internal Revenue Service | Secured | 0.00 | 0.00 |
| 2. | Internal Revenue Service | Secured | 0.00 | 0.00 |
| 3. | American Home Mortgage Servicing | Secured | 303,293.00 | 0.00 |
| 4. | Christopher J Fry | Priority | 4,121.60 | 0.00 |
| 5. | Internal Revenue Service | Unsecured | 0.00 | 0.00 |
| 6. | Ford Motor Credit Corporation | Unsecured | 66.63 | 0.00 |
| 7. | Ford Motor Credit Corporation | Unsecured | 35.71 | 0.00 |
| 8. | National City Bank | Unsecured | 2.00 | 0.00 |
| 9. | Ford Motor Credit Corporation | Unsecured | 70.38 | 0.00 |
| 10. | American Express | Unsecured |  | No Claim Filed |
| 11. | DHL Express (USA) | Unsecured |  | No Claim Filed |
| 12. | Chase Manhattan | Unsecured |  | No Claim Filed |
| 13. | NRC Center | Unsecured |  | No Claim Filed |
| 14. | Credit Collection | Unsecured |  | No Claim Filed |
| 15. | Dependon Collections Service | Unsecured |  | No Claim Filed |
| 16. | Executive Financial | Unsecured |  | No Claim Filed |
| 17. | Mitchell N Kay | Unsecured |  | No Claim Filed |
| 18. | United Parcel Service | Unsecured |  | No Claim Filed |
| 19. | NAFS | Unsecured |  | No Claim Filed |
| 20. | Waste Management Inc | Unsecured |  | No Claim Filed |
| 21. | Bar Management | Unsecured |  | No Claim Filed |
| 22. | NEBS | Unsecured |  | No Claim Filed |
| 23. | T Mobile USA | Unsecured |  | No Claim Filed |
| 24. | Hinckley Springs | Unsecured |  | No Claim Filed |
| 25. | Bourassa Law Group | Unsecured |  | No Claim Filed |
|  |  |  | $ 307,589.32 | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Dumele, Carl

Printed: 01/29/09

Case Number:  08 B 21830
Judge:  Wedoff, Eugene R
Filed:  8/19/08

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
|  | $ 0.00 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

